# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-MJ-00035 |
| JENNY LOUISE CUDD | ) Assigned to: Judge Zia M. Faruqui |
| and | ) Assigned Date: 1/12/2021 |
| ELIEL ROSA | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/06/2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffery F. Johannes, Special Agent- FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/12/2021__

_____
*Judge's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*