UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>JENNY LOUISE CUDD, )<br><br>               Defendant. ) | Criminal Case No: **1:21-MJ-00035-1** |

**MOTION TO RESCIND REQUEST TO PRACTICE *PRO HAC VICE*
AND LOCAL COUNSEL'S MOTION TO WITHDRAW**

On January 25, 2021, undersigned counsel requested to practice *pro hac vice* on behalf of defendant Jenny Cudd, and the defense asked for Farheena Siddiqui to serve as local counsel. Undersigned counsel's filing status in this court has since been resolved and the defense is no longer in need of *pro hac vice* status or local counsel assistance. Undersigned counsel, therefore, requests to rescind the special request to practice *pro hac vice,* and local counsel requests to be relieved of local counsel duties and to withdraw her appearance. The defendant has been notified and agrees to both requests.

Respectfully submitted:

/s/

Marina Medvin, DC Bar #995966
*Attorney for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127

I ask to be relieved as local counsel and for my appearance to be withdrawn:

/s/

Farheena Siddiqui, DC Bar #888325080
Law Office Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: fsiddiqui@scmoorelaw.com
Phone: 703-535-7809

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record:

David B. Kent at david.kent@usdoj.gov

Michelle M. Peterson at shelli_peterson@fd.org

/s/

Marina Medvin, Esq.
Farheena Siddiqui, Esq.