# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JENNY LOUISE CUDD**, <br><br> Defendant. | Case No. 1:21-cr-00068 (TNM) |

## ORDER

Defendant Jenny Louise Cudd seeks permission for pre-paid, work-related travel to Mexico from February 18, 2021 through February 21, 2021. *See* ECF No. 13. Neither Defendant's Pretrial Services Officer nor the Government oppose this request. *Id.* ¶¶ 6–7. The Court also notes the Defendant has no criminal history and there is no evidence before the Court suggesting the Defendant is a flight risk or poses a danger to others. For these reasons, it is hereby

**ORDERED** that Defendant's Unopposed [13] Motion to Travel is GRANTED; and it is further

**ORDERED** that Defendant shall provide her itinerary to her supervising Pretrial Services Officer and follow any other instructions provided by Pretrial Services.

**SO ORDERED**.

Dated: February 5, 2021

TREVOR N. McFADDEN, U.S.D.J.