# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-068 (TNM) |
| : | |
| **JENNY LOUISE CUDD,** : | |
| **ELIEL ROSA** : | |
| Defendants. : | |

## NOTICE OF SUBSTITUTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Amanda Fretto, hereby informs the Court that she is substituting as the lead attorney replacing Assistant United States Attorney David Kent in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

_____/s/_____
AMANDA FRETTO
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, NW
Washington, DC 20530
(202) 252-7268
Amanda.fretto@usdoj.gov