**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal Case No: **1:21-CR-00068** |
| | ) | |
| **JENNY LOUISE CUDD, ET. AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

### JENNY CUDD'S MOTION FOR DISCOVERY

Jenny Cudd, by counsel, pursuant to Rule 16.1 of the Federal Rules of Criminal Procedure and Local Rule 16.1, hereby avers that defense counsel has consulted with the attorney for the Government and has attempt to obtain voluntary Discovery of all materials and information to which the defense may be entitled. More than fourteen days have passed since the arraignment, which took place on February 16, 2021, as is required by Rule 16.1 for the filing of this motion.

The Government has not complied and has not produced sufficient Discovery or provided the defense with a timeframe to expect Discovery. Instead, the Government attempted to convince the defense to sign an unopposed motion for an alarmingly prejudicial and over-broad protective order for the majority of Discovery in this case. Defense counsel refused.

In response, counsel for the Government advised they are working on producing Discovery but did not produce any new discovery. Counsel for the Government then refused to admit whether or not the Government had search and seizure warrants for Ms. Cudd's two

phones, alarming defense counsel to question the lawfulness of the Government's actions in this case and the Government's active attempts to conceal, what should be, readily discoverable information.

Defendant hereby incorporates the points and authorities presented in the corresponding Memorandum in Support of Jenny Cudd's Motion to Compel Discovery.

For these reasons, the defendant seeks the entry of an Order scheduling discovery without further undue delay.

Respectfully submitted,

By Counsel:

/s/
_____
Marina Medvin, Esq.
*Counsel for Jenny L. Cudd*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

### CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on March 10, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/
_____
Marina Medvin, Esq.
*Counsel for Defendant Jenny L. Cudd*