UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal Case No: **1:21-CR-00068** |
| ) | |
| **JENNY LOUISE CUDD, ET. AL.,** ) | |
| ) | |
| Defendants. ) | |

## JENNY CUDD'S MOTION TO SEVER DEFENDANT

Ms. Cudd moves to sever her case from that of the co-defendant, Mr. Rosa.

Ms. Cudd's trial rights are prejudiced by the joinder of her case with Mr. Rosa. Therefore, she invokes her right for relief under Rule 14(a) of the Federal Rules of Criminal Procedure, seeking severance.

Defendant hereby incorporates the points and authorities presented in the corresponding Memorandum in Support of Jenny Cudd's Motion to Sever Defendant.

Mr. Rosa, through counsel, joins in this Motion to Sever.

The Government opposes the parties' Motion to Sever.

Respectfully submitted,

By Counsel:

/s/
_____
Marina Medvin, Esq.
*Counsel for Jenny L. Cudd*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

### CERTIFICATE OF SERVICE FOR CM/ECF

    I hereby certify that on March 10, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/
_____
Marina Medvin, Esq.
*Counsel for Defendant Jenny L. Cudd*