UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal Case No: **1:21-CR-00068** |
| ) | |
| **JENNY LOUISE CUDD, ET. AL.,** ) | |
| ) | |
| Defendants. ) | |

## **MOTION FOR TRANSFER**

Jenny Cudd, by and through counsel, moves this Court for a transfer for trial on the basis of prejudice. Ms. Cudd asks for a change of venue pursuant to her right to trial by an impartial jury under the Fifth and Sixth Amendments, and pursuant to her right to a fair and impartial trial under Rule 21(a) of the Federal Rules of Criminal Procedure.

Defendant hereby incorporates the corresponding Memorandum in Support of Jenny Cudd's Motion For Transfer in support of this motion.

Counsel for the Government opposes this motion.

Respectfully submitted,

/s/
_____

Marina Medvin, Esq.
*Counsel for Defendant Jenny L. Cudd*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on March 10, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/
_____

Marina Medvin, Esq.
*Counsel for Defendant Jenny L. Cudd*