Case 1:21-cr-00068-TNM   Document 41   Filed 04/21/21   Page 1 of 1
Case 1:21-cr-00068-TNM   Document 40   Filed 04/21/21   Page 7 of 7
Case 1:21-cr-00068-TNM   Document 36-1   Filed 04/13/21   Page 7 of 7

## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

04/21/2021
Date

*[signature]*
Jenny Cudd / Eliel Rosa
Defendant