

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 28, 2021

**VIA ELECTRONIC MAIL**

Shelli Peterson, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington D.C.  20004
Shelli_peterson@fd.org

Marina Medvin, Esq.
Medvin Law PLC
916 Prince Street
Alexandria, VA  22314
marina@medvinlaw.com

      Re:   <u>United States v. Jenny Cudd and Eliel Rosa</u>
            Case No. 21-cr-68
           Discovery Production No. 3

Dear Counsel:

     In response to your request for discovery, and in the hopes of exploring a possible resolution of this matter in the future, we write to memorialize the preliminary discovery that we provided.

     **The following materials were provided via USAfx on April 27, 2021:**

- From the USAfx folder labeled "Cudd-Rosa Discovery Production 3" in subfolder labeled "BWC – Cudd Arrest":
    - Body worn camera video for LEO Sommer.

**The following materials were provided via USAfx on April 28, 2021, in the folder labeled "Cudd-Rosa Discovery Production 3":**

- From the USAfx folder labeled, "BWC – Cudd Arrest":
    - Body worn camera video for LEO Claire;
    - Body worn camera video for LEO Kozan;
    - Body worn camera video for LEO Smith;
    - Body worn camera video for LEO Lee.

  o From the USAfx folder labeled, "S42 Cudd Arrest Documents":
    - 266O-EP-3367828_0000042.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000001_PDF-A Locked.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000002.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000003.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000004.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000005_PHYSICAL.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000006.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000007.pdf;
    - 266O-EP-3367828_0000042_1A0000032_0000008.pdf.

We received a notification that counsel has already downloaded some of the materials for this case from USAfx. To the extent you have not already done so, please download all of these files as soon as possible from USAfx, as it is not a storage medium; rather, it is a file transfer method. The folder and its contents will expire within 60 days. Please advise me immediately if you have difficulty downloading the discovery folder. This early discovery is not a complete production, but rather preliminary discovery.

We anticipate producing more fulsome discovery. We have compiled a set of additional materials for you, which are being processed and bates stamped. We will disclose those materials as soon as processing is complete, subject to the previously entered Protective Order. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

If you have any questions, please feel free to contact me.

> CHANNING D. PHILLIPS
> ACTING UNITED STATES ATTORNEY
> For the District of Columbia
>
> By: _____/s/_____
> AMANDA FRETTO
> D.C. Bar No. 1018284
> Assistant United States Attorney

2

555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7268
Amanda.Fretto@usdoj.gov