

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 12, 2021

**VIA ELECTRONIC MAIL**

Shelli Peterson, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington D.C.  20004
Shelli_peterson@fd.org

Marina Medvin, Esq.
Medvin Law PLC
916 Prince Street
Alexandria, VA  22314
marina@medvinlaw.com

          Re:    <u>United States v. Jenny Cudd and Eliel Rosa</u>
                 Case No. 21-cr-68
                 Discovery Production No. 4

Dear Counsel:

      Discovery has been produced to you via the USAFx folder labeled "Cudd-Rosa Discovery Production 4," in subfolder labeled "Fast Track Discovery" and Bates stamped CAP03_000000387 to CAP03_000000694, that contains materials as described in the attached index.  **This material is subject to the terms of the Protective Order issued in this case.  Certain materials have been designated Sensitive or Highly Sensitive under the Protective Order.**  These designations are clearly noted on the index provided.  Please consult the index for the corresponding Sensitive or Highly Sensitive designation.

      We also have produced to you a subfolder labeled "Highly Sensitive – USCP CCTV" containing a zip file with 17 USCP CCTV video and image files **designated Highly Sensitive under the Protective Order.**

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Because the discovery is provided to you via USAFx, and access is limited, the discovery is unencrypted  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/
AMANDA FRETTO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7268
Amanda.Fretto@usdoj.gov