

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 21, 2021

**VIA ELECTRONIC MAIL**

Shelli Peterson, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington D.C.  20004
Shelli_peterson@fd.org

Marina Medvin, Esq.
Medvin Law PLC
916 Prince Street
Alexandria, VA  22314
marina@medvinlaw.com

<div style="margin-left:2em">

Re:   *United States v. Jenny Cudd and Eliel Rosa*
Case No. 21-cr-68
Discovery Production No. 5

</div>

Dear Counsel:

Discovery has been produced to you via the USAFx folder labeled "Cudd-Rosa Discovery Production 5," in subfolder labeled "Fast Track Discovery" and Bates stamped CAP03_000037539 to CAP03_000038874, that contains materials as described in the attached index.  **This material is subject to the terms of the Protective Order issued in this case. Certain materials have been designated Sensitive or Highly Sensitive under the Protective Order.**  These designations are clearly noted on the index provided.  Please consult the index for the corresponding Sensitive or Highly Sensitive designation.

**Manner of Production.**  If this production is being transmitted via USAfx, please be sure to download the entire folder, including all subfolders and files contained within the subfolders exactly as it was provided immediately upon receipt to your own storage media.

This production contains the following:

• A "PDF" folder containing the discovery in searchable PDF format.
• A "NATIVE" folder of documents that cannot be converted to PDFs such as audio/video recordings. Files that could not be converted to PDF will have a "placeholder" in the "PDF" folder that references the native file. You will find the referenced file by navigating to the corresponding Bates number in the NATIVE folder.
• An index of the production, provided in both Excel and Adobe PDF formats.

If you would like this production in load files for creating a document review database (e.g., Relativity) please let me know and we will provide load files.

Because the discovery is provided to you via USAFx, and access is limited, the discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

**Technical Assistance.**  CJA panel counsel and Assistant Federal Public Defenders with technical discovery questions or those who need of assistance managing the discovery in this case can contact Kelly Scribner (kelly_scribner@fd.org) with the Defender Services Office - National Litigation Support Team. While Ms. Scribner is not specifically tasked with assisting retained counsel, she is willing to talk with you about your discovery issues on a limited basis. However, the National Litigation Support Team typically cannot support retained defense counsel as the National Litigation Support Team is funded to assist CJA panel counsel and Federal Public Defender offices appointed through the CJA Act.

**Voluminous Materials.** Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution.  These materials may include, but are not limited to, surveillance video, body worn camera footage, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know of  any specific information that you believe is particularly relevant to your client.

**Protective Order.**  This material is subject to the terms of the Protective Order issued in this case.

**Timing of Disclosures.**  I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

**Reciprocal Discovery.**  I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical

or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

_____/s/_____
AMANDA FRETTO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7268
Amanda.Fretto@usdoj.gov

3