# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) Criminal Case No: **21-CR-68 (TNM)** |
| | ) |
| **JENNY CUDD,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR ORDER ON PRE-SENTENCE PAYMENT

Defendant Jenny Cudd, by and through counsel, moves this Court for an order directing the Clerk of the Court to accept Defendant's pre-sentence payment toward the agreed criminal case financial obligations to be imposed, pursuant to 28 U.S.C. §§ 1651, 2041 and 2042, and in support thereof states as follows:

1.      This Court accepted Jenny Cudd's guilty plea on October 13, 2021, to one misdemeanor count of 18 U.S.C. § 1752(a)(1).

2.      In addition to entering the guilty plea, the Defendant has agreed to make a $500 payment toward her criminal restitution obligation. Ms. Cudd is electing to make this payment in good faith, prior to being sentenced.

3.      The Defendant can submit payment by cash, cashier's check, or money order made payable to the Clerk of the Court with 21-cr-68 noted on each payment made online (*see* https://www.dcd.uscourts.gov/payment-information), mailed or delivered to:

Clerk, U.S. District Court
Attn: Finance Office
U.S. District Court for the District of Columbia
333 Constitution Ave, NW
Washington, D.C.  20001

4.      Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of the Defendant until the time of sentencing. Further, pursuant to 28 U.S.C. § 2042, the Defense requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant.

5.      The Court has the discretion to order the requested relief, pursuant to the All Writs Act, 28 U.S.C. § 1651, which provides that, "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

WHEREFORE, the Defense respectfully moves this Court for issuance of an Order directing the Clerk of the Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds toward the criminal monetary obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

Date: October 14, 2021

Respectfully submitted,
By Counsel:

/s/

_____

Marina Medvin, Esq.
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**<u>CERTIFICATE OF SERVICE FOR CM/ECF</u>**

I hereby certify that on October 14, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/

_____

Marina Medvin, Esq.