UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 21-cr-00068 (TNM) |
| v. | : | |
| | : | |
| **JENNY LOUISE CUDD** and | : | |
| **ELIEL ROSA,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Laura Hill is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: November 29, 2021

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Laura E. Hill
Laura E. Hill
NV Bar No. 13894
Trial Attorney, Detailee
175 N Street, NE, 9th Floor
Washington, DC 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov

/s/ Amanda Fretto
Amanda Fretto
555 4th Street, NW
Washington, DC 20530
(202) 252-7268
Amanda.Lingwood@usdoj.gov