FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   01/09/2021

███████████████ was interviewed by telephone. ███████ is a personal and professional acquaintance of SA Kelly Kaderka. ███████ was contacted because he knows all or most residents of ███████. He provided the following information:

███████ knows Doug McCombs very well. McCombs is the boyfriend of Jenny Cudd. ███████ and McCombs worked together for a wind turbine company. ███████ also knows Cudd, although not as well. ███████ has been around Cudd approximately four times.

McCombs is very well respected and ███████ thinks highly of him. The few times ███████ has been around Cudd, she is considerate, respectful, and generally a nice person.

███████ is aware Cudd is politically outspoken and McCombs has also become more that way since dating Cudd. To ███████ knowledge, McCombs did not go to Washington, DC on 01/06/2021. Although ███████ cannot be sure, he feels strongly neither McCombs nor Cudd are of a threat concern.

Investigation on  01/07/2021  at ███████ Texas, United States (Phone)

File # ███████████████                                   Date drafted  01/08/2021

by Kelly Kaderka

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.