## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) </br> ) </br> **V.** ) CASE NO: 1:21-CR-00068-001 </br> ) </br> **JENNY L. CUDD,** ) </br> ) </br> DEFENDANT. ) </br> ) | |

### NOTICE OF PARDON

The Defense hereby submits for the record a Notice of Pardon.

On January 20, 2025, President Trump granted "a full, complete and unconditional pardon" to Jenny Cudd and her co-defendant for the conduct comprising this January 6 case. A Certificate of Pardon for this case is attached as an exhibit.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: Marina@MedvinLaw.com

## **CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on January 27, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                        /s/
                            Marina Medvin, Esq.